UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**PAUL H. LEINER,**

*Plaintiff,*

-vs-

**FRESENIUS KABI USA, LLC,**

*Defendant.*

**NOTICE OF
SUBSTITUTION OF
COUNSEL**

Civil Action No.
14-CV-00979-WMS

---

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83.2(c), Robert P. Heary and

Megan E. Moran, of the firm HISCOCK & BARCLAY, LLP, are being substituted for Jennifer

Rygiel-Boyd of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and hereby appear as counsel

for Defendant Fresenius Kabi USA, LLC in the above-captioned matter.   The undersigned

representative of Defendant Fresenius Kabi USA, LLC has authority and does hereby affirm

such change.

DATED:      January 16, 2015

**FRESENIUS KABI USA, LLC**                **HISCOCK & BARCLAY, LLP**


By: /s/Rebecca Letourneaux _____        By: /s/Robert P. Heary _____
      Rebecca Letourneaux                          Robert P. Heary
      Corporate Counsel                            Megan E. Moran

                                                   Office and Post Office Address
                                                   1100 M&T Center
                                                   3 Fountain Plaza
                                                   Buffalo, New York  14203
                                                   Telephone:  (716) 566-1300
                                                   Facsimile:   (716) 566-1301
                                                   rheary@hblaw.com
                                                   mmoran@hblaw.com

                                                   *Attorneys for Defendant*
                                                   *Fresenius Kabi USA, LLC*

8815545.1